AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

533626

**RECEIVED**
By USMS District of Columbia District Court at 8:56 am, May 22, 2024

| | |
|---|---|
| United States of America<br>v.<br>ANTONIO LUCAS<br><br>*Defendant* | Case: 1:24-cr-00245<br>Assigned to: Judge Boasberg, James E.<br>Assign Date: 5/21/2024<br>Description: INDICTMENT (B) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ANTONIO LUCAS

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) - Unlawful Distribution of Fentanyl; 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(vi) - Unlawful Distribution of 10 Grams or More of a Fentanyl Analogue; 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) - Unlawful Distribution of N-Propylbutlone; 18 U.S.C. § 922(g)(1) - Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year; 18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year; 22 D.C. Code §§ 4503(a)(1) and (b)(1) - Unlawful Possession of a Firearm (Prior Conviction); FORFEITURE: 21 U.S.C. § 853(a) and (p); 18 U.S.C. § 924(d); and 28 U.S.C. § 2461(c)

Date: 05/21/2024

Digitally signed by G. Michael Harvey

*Issuing officer's signature*

City and state: WASHINGTON, DC

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/24/24, and the person was arrested on *(date)* 5/24/24
at *(city and state)* 333 Consitation ave NW washington DC

Date: 05/24/24

*Arresting officer's signature*

Ross Kantola
*Printed name and title*